IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 22-cr-30068-DWD |
| | ) |
| ROSENDO OXLAJ-PASTOR, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

The Indictment in this matter charges Defendant Rosendo Oxlaj-Pastor with one count of illegal reentry after deportation in violation of 8 U.S.C. § 1326(a) (Doc. 8). On June 22, 2022, Defendant entered a plea of not guilty, waived his detention hearing, and was remanded to the custody of the United States Marshal (Doc. 13; Doc. 17). Now before the Court is Defendant's Motion for "Fast Track" Presentence Report and Combined Plea and Sentencing Hearing (Doc. 20).

Defendant represents that the Government has designated this case as a "Fast Track" case. Defendant also indicates that he intends to enter a plea of guilty and asks the Court to order the United States Probation Office to prepare a "Fast Track" pre-plea presentence investigation report (PSR) and schedule a combined plea and sentencing hearing. Defendant anticipates that his guideline range after acceptance will be 0-6 months and intends to request a sentence of time-served. Having reviewed the record,

the Court **GRANTS** Defendant Oxlaj-Pastor's motion (Doc. 20) and **DIRECTS** the U.S. Probation Office to prepare an expediated PSR.

Fed. R. Crim. P. 32(e)(1) expressly prohibits the Probation Officer from submitting a PSR to the Court or disclosing the contents of a PSR to anyone until the defendant has pleaded guilty, unless the defendant has consented in writing.  Here, Defendant has consented in writing (Doc. 20-2).  Accordingly, the undersigned **AUTHORIZES** Probation to submit and disclose the PSR prior to formal entry and acceptance of Defendant's guilty plea.  Upon receipt of the PSR, the Court will set this matter for a prompt change of plea and sentencing hearing.

The Court notes that Fed. R. Crim. P. 32(e)(2) requires that a PSR be disclosed "at least 35 days before sentencing unless the defendant waives this minimum period." Should Defendant decide to waive this period in order to expedite matters, he shall do so in writing.  The Court will also consider an agreed-upon motion to waive the 14-day period for objecting to the PSR provided that the parties file it after receiving and reviewing the report.

The Clerk of Court is **DIRECTED** to provide a copy of this Order to the United States Probation Office for the Southern District of Illinois, ATTN: Kristi Miller.

**SO ORDERED.**

Dated: July 13, 2022        /s *David W. Dugan*
                            _____
                            DAVID W. DUGAN
                            United States District Judge